# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK DONOFRIO,<br>  Norristown, PA 19401<br>*on behalf of himself individually*<br>*and on behalf of those similarly situated,*<br><br>    Plaintiff,<br><br>  v.<br><br>IKEA US RETAIL, LLC<br>  f/k/a IKEA US EAST LLC,<br>  d/b/a IKEA<br><br>    Defendant. | CIVIL ACTION NO. 18-599 (AB)<br><br>ADEA COLLECTIVE ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO PROCEED AS A COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b) AND TO FACILITATE NOTICE TO POTENTIAL PLAINTIFFS

Plaintiff, Frank Donofrio, by and through his undersigned attorneys, hereby moves the Court for an Order permitting this litigation to proceed as a collective action pursuant to 29 U.S.C. §216(b) and to facilitate notice of the collective action to the potential opt in plaintiffs. In support of this Motion, Plaintiff relies on the brief filed herewith and the accompanying exhibits.

Respectfully submitted,

CONSOLE MATTIACCI LAW, LLC

By: _____
Stephen G. Console
Susan M. Saint-Antoine
Brian C. Farrell
Emily R. Derstine Friesen
1525 Locust St., 9th Floor
Philadelphia, PA 19102
(215) 545-7676

Attorneys for Plaintiff,
Frank Donofrio

Dated: October 5, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK DONOFRIO,** | : | CIVIL ACTION NO. 18-599 (AB) |
| *On behalf of himself individually* | : | |
| *and on behalf of those similarly situated,* | : | ADEA COLLECTIVE ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **IKEA US RETAIL, LLC** | : | |
| f/k/a IKEA US EAST LLC, | : | |
| d/b/a IKEA | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Brian Farrell, hereby certify that the foregoing Plaintiff's Motion To Proceed As A Collective Action Pursuant To 29 U.S.C. 216(b) And To Facilitate Notice To Potential Plaintiffs was served on October 5, 2018 by e-mail in accordance with the parties' agreement, upon:

Paul Lancaster Adams
Leigh Ann Culpan
Brandon R. Sher
Chris R. Pace
Wendy V. Miller
Amanda D. Crawford
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA  19103
pladams@ogletreedeakins.com
leighann.culpan@ogletreedeakins.com
Brandon.sher@ogletreedeakins.com
Chris.Pace@ogletreedeakins.com
Wendy.Miller@ogletreedeakins.com
amanda.crawford@ogletreedeakins.com

Counsel for Defendant,
IKEA US Retail LLC

_____
Brian Farrell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK DONOFRIO,** *On behalf of himself individually and on behalf of those similarly situated,* | CIVIL ACTION NO. 18-599 AB) |
| | ADEA COLLECTIVE ACTION |
| Plaintiff, | |
| v. | |
| IKEA US RETAIL, LLC | |
| Defendant. | |

## ORDER

**WHEREFORE**, upon consideration of the "Plaintiffs' Motion To Proceed As A Collective Action Pursuant To 29 U.S.C. 216(b) And To Facilitate Notice To Potential Plaintiffs," any response thereto filed by Defendant, and Plaintiff's Reply Brief, said Motion is hereby GRANTED; and, further, it is hereby ORDERED that:

1. This case shall proceed as a collective action pursuant to section 29 U.S.C. 216(b), incorporated by the Age Discrimination in Employment Act, 29 U.S.C. 626(b), and any hourly retail employee currently employed by Defendant who, since January 20, 2016, was age 40 or over and rejected for promotion, shall have the right to opt in to the action (Count I) as a Plaintiff ("the Class").

2. This case shall proceed as a collective action pursuant to section 29 U.S.C. 216(b), incorporated by the Age Discrimination in Employment Act, 29 U.S.C. 626(b), and any of those class members who were employed in 2015 and 2016 and subject to rating pursuant to Defendant's performance/potential grid, shall have the right to opt in to the action (Count III) as a Plaintiff.

3. The parties shall meet and confer on an appropriate form of notice to members of the collective action and shall submit a proposed notice to the Court within fourteen (14) days of the entry of this Order.

4. Within fourteen (14) days of the entry of this Order, Defendant shall provide to Plaintiffs' counsel the names, social security numbers, date of application and rejection for a promotion, and last known address and phone number(s) of each member of the Class.

5. Within fourteen (14) days of the Court's approval of a form of notice, Plaintiffs' counsel

shall send the notice to each member of the Class.

6. Within ninety (90) days of the mailing of the Notice, Plaintiffs' counsel shall file with the Court written intents of each individual who wishes to opt into the action as a Plaintiff.

Hereby Ordered:

_____
The Honorable Anita B. Brody