# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK DONOFRIO, on behalf of himself individually and on behalf of those similarly situated, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 2:18-CV-00599-AB |
| v. | : | |
| IKEA US RETAIL, LLC, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| WILLIAM V. ANTONELLI, JR., on behalf of himself individually and on behalf of those similarly situated, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:19-CV-01286-AB |
| IKEA HOLDING US, INC., IKEA US RETAIL, LLC, and IKEA NORTH AMERICA SERVICES, LLC, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| BRANDON PAINE, on behalf of himself individually and no behalf of those similarly situated, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:19-CV-00723-AB |
| IKEA HOLDING US, INC., IKEA US RETAIL, LLC, and IKEA NORTH AMERICA SERVICES, LLC, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW,** this 25th day of September, 2020, it is **ORDERED** that Plaintiffs' Motion to Permit Supplemental Notice is **GRANTED**. On or before **October 2, 2020**, the parties may submit edits to the attached revised Supplemental Notice to Unrepresented Opt-In Plaintiffs[1].

---

[1] Once finalized, the Supplemental Notice to Unrepresented Opt-In Plaintiffs must be sent to

           s/ANITA B. BRODY, J.
           ANITA B. BRODY, J.

Copies **VIA ECF** on 09/25/2020

---

unrepresented opt-in plaintiffs in the *Donofrio*, *Antonelli*, and *Paine* collective actions.