IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK DONOFRIO,<br>*on behalf of himself individually*<br>*and on behalf of those similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>IKEA US RETAIL, LLC,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br>No. 2:18-cv-00599 (AB) |

## ORDER

It is hereby ORDERED on this 21st day of January, 2021, it is **ORDERED** Defendant's Motion to Dismiss Unrepresented Opt-Ins (ECF No. 196) is **DENIED** with respect to: Livia Ballou; Michael Belton; and Robert Cabello. It is further **ORDERED** that Defendant's Motion is **GRANTED** with respect to:

1. Abivia, Gloria
2. Agcaoili, Arlene
3. Alexander, Brent
4. Brown, James
5. Cafiero, Joseph
6. Conti, Jeffrey
7. Diaz, David
8. Duff, Shain
9. Evans, Dwayne
10. Howard, Irene
11. Jenkins, Barbara
12. Mailan, Valina

13. Merritt, Richard

14. Murray, Christopher

15. Palinsky, David

16. Price, Brett

17. Smith, Seander

18. Wurtemberg, Mark

                                          s/ANITA B. BRODY, J.
                                          ANITA B. BRODY, J.

Copies **VIA ECF**