IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK DONOFRIO, *on behalf of himself individually and on behalf of those similarly situated*, | : : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 18-599 |
| IKEA US RETAIL, LLC, | : | |
| Defendant. | : | |
| | | |
| WILLIAM V. ANTONELLI, JR., *on behalf of himself individually and on behalf of those similarly situated*, | : : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 19-1286 |
| IKEA HOLDING US, INC., *et al.*, | : | |
| Defendants. | : | |
| | | |
| BRANDON PAINE, *on behalf of himself individually and on behalf of those similarly situated*, | : : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 19-723 |
| IKEA HOLDING US, INC., *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 8th day of February, 2024, it is **ORDERED** that Plaintiffs' letter (ECF No. 366) and Defendants' letter (ECF No. 367) requesting extensions to their post-hearing submission deadlines are **GRANTED**. The January 30, 2024 Scheduling Order (ECF No. 362) is amended as follows:

- Plaintiffs must file findings of fact and conclusions of law relating to Plaintiffs' Motion for Sanctions[1] **on or before February 14, 2024**.

---

[1] *Donofrio* (18-599), ECF No. 312; *Antonelli* (19-1286), ECF No. 239; *Paine* (19-723), ECF No. 266.

- Defendants must file findings of fact and conclusions of law relating to Plaintiffs' Motion for Sanctions **on or before February 28, 2024**.

- Plaintiffs must file a reply **on or before March 6, 2024**.

    _s/ANITA B. BRODY, J._____
    ANITA B. BRODY, J.