**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANK DONOFRIO,<br>*on behalf of himself individually and on behalf of those similarly situated*,<br>Plaintiff,<br>v.<br>IKEA US RETAIL, LLC,<br>Defendant. | : | CIVIL ACTION<br>No. 18-599 |
| WILLIAM V. ANTONELLI, JR.,<br>*on behalf of himself individually and on behalf of those similarly situated*,<br>Plaintiff,<br>v.<br>IKEA HOLDING US, INC., *et al.*,<br>Defendants. | : | CIVIL ACTION<br>No. 19-1286 |
| BRANDON PAINE,<br>*on behalf of himself individually and on behalf of those similarly situated*,<br>Plaintiff,<br>v.<br>IKEA HOLDING US, INC., *et al.*,<br>Defendants. | : | CIVIL ACTION<br>No. 19-723 |

**ORDER**

**AND NOW,** this 6th day of May, 2024, it is **ORDERED** that Plaintiffs' Motion for Sanctions[1] is **GRANTED**. The Court will impose the following sanctions:

- Pursuant to Rule 37(b)(2)(A)(i):
  - It is established for purposes of second stage certification that IKEA had in place a common employer practice, or standard operating procedure, to which its U.S. retail employees were subject, of favoring younger employees for leadership development and management level positions.

[1] *Donofrio* (18-599), ECF No. 312; *Antonelli* (19-1286), ECF No. 239; *Paine* (19-723), ECF No. 266.

- Pursuant to Rule 37(e)(1) and Rule 37(b)(2)(C):

  IKEA must pay Plaintiffs' reasonable attorneys' fees and expenses incurred in connection with Plaintiffs' Motion for Sanctions (ECF No. 312), beginning with Plaintiffs' January 2023 communications with IKEA to attempt to address IKEA's incomplete 2022 productions, and including the evidentiary hearing on Plaintiffs' Motion for Sanctions held on December 20, 2023 and January 29, 2024 and all subsequent briefing in connection with this Motion.

  - Plaintiffs are ordered to submit a documented, itemized request for fees and expenses incurred in connection with the Motion for Sanctions **on or before June 3, 2024.**

It is **FURTHER ORDERED** that:

- IKEA's Motion in Limine to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action issued by Plaintiffs to Paul Lancaster Adams, Esq., Brandon Sher, Esq. and Traer Cundiff, Esq.[2] is **RESOLVED** as **MOOT**.
- IKEA's Motion in Limine to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action issued by Plaintiffs to Defendants Corporate Representatives and for a Protective Order[3] is **RESOLVED** as **MOOT**.
- Plaintiffs' Letter Motion to Exclude the testimony of Jonathan Redgrave[4] is **RESOLVED** as **MOOT**.
- All dispositive motions must be filed on or before: **June 3, 2024**.

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

[2] *Donofrio* (18-599), ECF No. 346; *Antonelli* (19-1286), ECF No. 269; *Paine* (19-723), ECF No. 298.
[3] *Donofrio* (18-599), ECF No. 347; *Antonelli* (19-1286), ECF No. 270; *Paine* (19-723), ECF No. 299.
[4] *Donofrio* (18-599), ECF No. 359; *Antonelli* (19-1286), ECF No. 282; *Paine* (19-723), ECF No. 311.