# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK DONOFRIO,<br>*on behalf of himself individually and on behalf of those similarly situated,*<br>                                 Plaintiff,<br>v.<br>IKEA US RETAIL, LLC,<br>                                 Defendant. | CIVIL ACTION<br>No. 18-599 |
| WILLIAM V. ANTONELLI, JR.,<br>*on behalf of himself individually and on behalf of those similarly situated,*<br>                                 Plaintiff,<br>v.<br>IKEA HOLDING US, INC., *et al.*,<br>                                 Defendants. | CIVIL ACTION<br>No. 19-1286 |
| BRANDON PAINE,<br>*on behalf of himself individually and on behalf of those similarly situated,*<br>                                 Plaintiff,<br>v.<br>IKEA HOLDING US, INC., *et al.*,<br>                                 Defendants. | CIVIL ACTION<br>No. 19-723 |

## ORDER

**AND NOW**, this 22nd day of July, 2024, it is **ORDERED** that Plaintiffs' Documented, Itemized Request for Fees and Expenses Incurred in Connection with their Motion for Sanctions[1] is **GRANTED** as follows:

- IKEA is ordered to pay $566,296.89 in fees.
- IKEA is ordered to pay $434.64 in expenses.

                                                                                    s/ANITA B. BRODY, J.
                                                                                    ANITA B. BRODY, J.

---

[1] *Donofrio* (18-599), ECF No. 387; *Antonelli* (19-1286), ECF No. 308; *Paine* (19-723), ECF No. 337.